Gregg v Community Care Companions, Inc.
2026 NY Slip Op 03617
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

FRANCES GREGG, ET AL., PLAINTIFFS-APPELLANTS,
v
COMMUNITY CARE COMPANIONS, INC., ALEXANDER J. CARO AND MARK GATIEN, DEFENDANTS-RESPONDENTS.

Decided on June 5, 2026
MOTION NO. (999/25) CA 25-00643.
Present: Bannister, J.P., Montour, Greenwood, And Hannah, JJ. (Filed June 5, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument denied.